PHILIP, Appellant, v. STAKE et al., Respondents. (Supreme Court, Appellate Division, First Department. November Term, 1897.) Action by Sigmund Philip against Emil J. Stake and Arthur Eldredge. No opinion. Judgment affirmed, with costs.

POPE, Respondent, v. MICHEL, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by Peter G. Pope against Frederick P. Michel. No opinion. Judgment modified so far as it awards costs against the defendant, and a clause inserted to the effect that neither party shall recover costs against the other, and so modified affirmed, without costs of this appeal to either party. See West v. City of Utica, 71 Hun, 540–547, 24 N. Y. Supp. 1075.

POST, Appellant, v. CURRAN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by Jacob K. Post against Richard Curran and others. No opinion. Motion denied, with $10 costs. See 48 N. Y. Supp. 1113.

In re PRENTICE. (Supreme Court, Appellate Division, First Department. February 18, 1898.) In the matter of William S. P. Prentice. No opinion. Motion denied, with $10 costs. See 47 N. Y. Supp. 1146; 49 N. Y. Supp. 353.

In re RAPID–TRANSIT RY. CO. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) In the matter of the application of the Syracuse Rapid-Transit Railway Company for the appointment of commissioners to determine whether a street surface railroad ought to be constructed and operated in Walnut avenue, between East Genesee street and University Place, in the city of Syracuse, Onondaga county, N. Y. No opinion. Motion to confirm report of the commissioners granted, and papers directed to be filed in Onondaga county.

REISER, Respondent, v. ALMY, Appellant. (Supreme Court, Appellate Division, Third Department. March 2, 1898.) Action by William H. Reiser against Elnora Almy. No opinion. Judgment and order affirmed, with costs.

RENSSELAER COUNTY, Respondent, v. NATIONAL BANK OF TROY, Appellant. (Supreme Court, Appellate Division, Third Department. March 15, 1898.) Action by Rensselaer County against the National Bank of Troy. No opinion. Order affirmed, with $10 costs and disbursements.

REYNOLDS, Appellant, v. WESTCHESTER FIRE INS. CO., Respondent. (Supreme Court, Appellate Division, Third Department. March 15, 1898.) Action by Matilda H. Reynolds against the Westchester Fire Insurance Company. No opinion. Judgment affirmed, with costs. See 40 N. Y. Supp. 336.

In re RICE. (Supreme Court, Appellate Division, First Department. February 18, 1898.) In the matter of Joseph M. Rice. T. Cleveland, for appellant. J. M. Perry, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

RICHMOND v. MANDELL et al. (Supreme Court, Appellate Division, First Department. February 18, 1898.) Action by Alexander A. Richmond against Edward D. Mandell and others. No opinion. Motion granted, with $10 costs.

ROSENFIELD et al., Respondents, v. SALMON, Appellant. (Supreme Court, Appellate Division, Third Department. March 2, 1898.) Action by Rosenfield Bros. & Co. against Frank Salmon. No opinion. Judgment affirmed, with costs.

ROSS, Appellant, v. CAYWOOD et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by Lewis P. Ross against Chauncey C. Caywood and another. No opinion. Motion granted, without prejudice to the defendants' right to apply to the court of appeals for leave to withdraw their appeal. See 44 N. Y. Supp. 985.

RUSSELL, Respondent, v. STUHLMILLER, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by Joel W. Russell, as assignee, etc., against William F. Stuhlmiller. No opinion. Order denying motion to strike cause from calendar reversed, with $10 costs and disbursements. Order denying defendant's motion to vacate judgment reversed, with costs. Motion granted, with $10 costs. Appeal from judgment dismissed, without costs. See Walker v. Chilson (Sup.) 20 N. Y. Supp. 527.

SCHEELER, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 7, 1898.) Action by John J. Scheeler against the Metropolitan Street-Railway Company. Charles F. Brown, for appellant. Geo. W. Carr, for respondent.

PER CURIAM. The question here is purely one of fact. We have examined the record, and find that there was sufficient testimony to go to the jury upon all the questions which were submitted to them. There were undoubtedly discrepancies in the plaintiff's testimony, but there were also discrepancies in the testimony of the defendant's witnesses; and all that need be said is that there was no such preponderance of evidence in the defendant's favor as would justify us in setting aside the verdict. The judgment and order should be affirmed, with costs.